RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Isaias Herrera-Ortiz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ISAIAS HERRERA-ORTIZ,<br><br>*Defendants.* | NO. 1:19-cr-00246-DAD-BAM<br><br>**NOTICE AND REQUEST TO SEAL DOCUMENT BY THE DEFENDANT ISAIAS HERRERA-ORTIZ; ORDER**<br><br>Hearing Date: 12/15/2020<br>Hearing Time: 9 a.m.<br>District Judge: Dale A. Drozd |

**To the United States District Court of the Eastern District of California, the United States Attorney's Office for the Eastern District of California, and the Probation Department for the Eastern District of California:**

Please take notice that the defendant ISAIAS HERRERA-ORTIZ ("Mr. Herrera") is requesting to file a document under seal pursuant to Local Rule 141. The document to be filed under seal is entitled "Declaration of Attorney and Attached Exhibit in Support of the Sentencing Memorandum." The document will be served via email on the opposing party United States Attorney's Office and the Probation Department. (Local Rule 141.)

///

1

The filing under seal is necessary on the grounds that the attorney declaration and exhibit contain Mr. Herrera's confidential medical information and disclosed would violate Mr. Herrera's right to medical privacy. (*See* Health Insurance Portability and Accountability Act of 1996 ([HIPPA].)

DATED: 12/14/2020    /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Isaias Herrera-Ortiz

## ORDER

**IT IS HEREBY ORDERED**, based on good cause showing, that the motion for sealing by the defendant ISAIAS HERRERA-ORTIZ be granted. The item to be sealed consists of the document entitled "Declaration of Attorney and Attached Exhibit in Support of the Sentencing Memorandum."

IT IS SO ORDERED.

Dated: **December 14, 2020**    _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE